NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONOSOL RX, LLC,**
*Plaintiff-Appellant*

v.

**BIODELIVERY SCIENCES INTERNATIONAL, INC., MEDA PHARMACEUTICALS, INC., AVEVA DRUG DELIVERY SYSTEMS, INC.,**
*Defendants-Appellees*

---

2016-1202

---

Appeal from the United States District Court for the District of New Jersey in No. 3:10-cv-05695-FLW-DEA, Judge Freda L. Wolfson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion for a 49-day extension of time, until February 29, 2016, to file the appellant's opening brief, and a 30-day extension of time, until May 11, 2016, to file the appellees' opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26